# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MATTHEW SAIN,** | |
| **Plaintiff,** | **8:22CV3081** |
| **vs.** | **ORDER** |
| **NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA,** | |
| **Defendant.** | |

Pursuant to the Notice of Settlement (Filing No. 82) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **October 29, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 28th day of August, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge