IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW SAIN,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | 8:22CV3081<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Filing No. 84). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with the parties to bear their own respective costs.

Dated this 25th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge